# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

### PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__Joshua Carneil Phillips__
Name under which you were convicted

__#0517359__
Your prison number

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

__Trey Oliver III, Sam Cochran__
Name of Defendant(s)

__Mobile County Metro Jail__
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>.  Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>.  This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.  If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>.  All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten.  Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>.  Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>.  <u>See</u>  Fed. R. Civ. P. 11(a).  No notary is required.

H. <u>Certificate of Service</u>.  Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service.  <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>.  This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>.  <u>Do</u> <u>not</u> write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>.  No evidence shall be sent to the Court for filing or storing.

## I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (X)   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (X)   No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: Joshua Carneil Phillips

   Defendants: Trey Oliver III, Stallworth, Carter

   2. Court (if federal court, name the district; if state court, name the county): United States District Court Southern District of Alabama

   3. Docket Number: 20-0489-KD-N

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes (X)   No ( )

   5. Name of judge to whom the case was assigned: Katherine P. Nelson

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: October 5, 2020

   8. Approximate date of ruling by court: waiting ruling (pending)

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Court, Metro Jail

B. Date it occurred: Dec. 16, 2019, Jan 8, 2020, Feb 18, 2020 and, June, 16, 2020

C. Is there a prisoner grievance procedure in this institution? Yes (kiosk system)

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)    No ( )

E. If your answer is YES:
   1. What steps did you take? I asked Docket why?, was my charges pending if my cases were settled? (NGRI)
   2. What was the result? I was told I have A "NO BOND" with cases pending in Circuit Court.

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): WHAT: I have been tried IN trial twice for same charges, After being found not guilty (NGRI) WHEN: Dec 16, 2019 Judge pipes Court (grand jury) Jan 8, 2020, Feb 18, 2020, and June 16, 2020. WHERE: Judge pipes Court, Mobile County Metro Jail. WHO: Mobile County Sheriff Department.

4

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Joshua Carneil Phillips

Your present address: Mobile County Metro Jail P.O.Box 104 Mobile AI 36601

B. <u>Defendant(s)</u>:

1. Defendant (full name) Trey Oliver III is employed as Warden at Mobile Metro Jail.

His/her present address is P.O Box 104 Mobile AI 36601.

(a) Claim against this defendant: I have been locked up in your Jail, for charges I was found not guilty on. (NGRI)

(b) Supporting facts (Include date/location of incident):

I have been tried twice in trial for same charges. Dec 16, 2019, and Feb 18, 2020, June 16, 2020 (Judge pipes court)

2. Defendant (full name) Sam Cochran is employed as Sheriff at Mobile County Sheriffs Department.

His/her present address is Mobile County Metro Jail P.O.Box 104 Mobile AI 36601

(a) Claim against this defendant: I have Been arrested by your officers, for charges I was found not guilty on (N.GRI)

(b) Supporting facts (Include date/location of incident):

I have been tried twice in trial, And locked up against my will in your Jail for same charges I was found not guilty on. Dec 16, 2019, And Feb 18, 2020, June 16, 202 (Judge pipes court)

3. Defendant (full name) _____ is employed as _____

at _____.

His/her present address is _____.

5

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. **Additional Defendants**: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV. A.** You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Robbery 1st, Discharging firearm in occupied Building., Assault 2nd, And, Assault with Bodily fluid

2. When were you convicted? not guilty (NGRI) Dec 16, 2019 and June 16, 2020 (decreed)

3. What is the term of your sentence? (Group home)

4. When did you start serving this sentence? June 16, 2020, June 19, 2020 decreed (Judge pipes)

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (X)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? Department of Mental Health "when judge releases me from"

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

Writ of habeas yes( ) no( )      yes( ) no(X)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I want to be payed (MONEY), I want to be released from Department of Mental Health, I want justice.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

02/05/2021
Date

Joshua Carnell Phillips
(Signature of Plaintiff Under Penalty of Perjury)

Mobile County Metro Jail
Current Mailing Address

P.O Box 104 mobile Al, 36601

251-510-5887
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Joshua Carneil Phillips
Mobile Metro Jail
P.O. Box 104
Mobile Al, 36601

United States District Court
155 St Joseph Street
Mobile, Al, 36602